**EXHIBIT 1**

**PAYMENTS TO COMSTAR SUPPLY INC. by BDC GROUP, INC.**

03.29.23        $116,967.29        Wire transfer from BDC Bank account to Comstar Supply, Inc. Recorded as BDC Group Check #3764