# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Chapter 7

BDC Group, Inc.
Debtor

Bankruptcy No. 23−00484

Renee K. Hanrahan
in her sole capacity as Trustee
Plaintiff

vs.

Adversary No. 25−09028

Comstar Supply, Inc.
Defendant

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint, which is attached to this summons, with the Clerk of the Bankruptcy Court and serve a copy upon the plaintiff's attorney within **30** days after the date of issuance of this summons. The United States or an officer or agency thereof shall file a motion or answer to the complaint within **35** days.

Address of the Clerk: 111 Seventh Avenue SE, Box #15
Cedar Rapids, IA 52401−2101

Attorney for Plaintiff: Elizabeth Lally
Lally Legal Group, LLC
12020 Shamrock Plaza
Suite 200
Omaha, NE 68154

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

Deputy Clerk

Date of Issuance: May 28, 2025

apsummon 8/2022

25−09028

## CERTIFICATION OF SERVICE

I,_________________________________ (name), certify that service of this summons and a copy of the complaint was made _______________________(date) by:

- ☐ Mail service: Regular, first class United States mail, postage fully pre−paid, addressed to:

- ☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ☐ Residence Service: By leaving the process with the following adult at:

- ☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ☐ Publication: The defendant was served as follows: [Describe briefly]

- ☐ State Law: The defendant was served pursuant to the laws of the State of _______________, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date ___________________________ Signature_______________________________________________

Print Name: ___________________________________

Business Address: ___________________________________
___________________________________
___________________________________