**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor.<br>_______________<br><br>RENEE HANRAHAN, in her sole capacity as Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>COMSTAR SUPPLY, INC.<br><br>Defendant. | Chapter 7 Bankruptcy<br>Case No. 23-00484<br><br>Adversary Case No. 25-09028<br><br>**ORDER ENTERING DEFAULT JUDGMENT** |

The matter before the Court is the Trustee's Motion for Default Judgment (Dkt. No. 4) filed on August 1, 2025, in the above-captioned proceeding. The Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that judgment be entered against Defendant Comstar Supply Inc., in the amount of $116,967.29.

DATED AND ENTERED:

August 6, 2025

HONORABLE THAD J. COLLINS
Chief Bankruptcy Judge

Order prepared by:
**Counsel for the Plaintiff, Chapter 7 Trustee**

By: */s/ Elizabeth M. Lally*
Elizabeth M. Lally AT0013010
LALLY LEGAL GROUP, LLC

12020 Shamrock Plaza, Suite 200
Omaha, NE 68154
Telephone: 402-778-4840
Email: elally@lally-legal.com